# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 13-3123-cv

**Caption [use short title]**

**Motion for:** reconsideration en banc

Ligon v. City of New York

**Set forth below precise, complete statement of relief sought:**

That en banc court direct -- either by full court or a new panel -- reconsideration with full and fair process of panel's sua sponte determination that District Court Judge engaged in misconduct

**MOVING PARTY:** Jaenean Ligon et al.
- [✓] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [✓] Appellee/Respondent

**OPPOSING PARTY:** City of New York et al.

**MOVING ATTORNEY:** Christopher Dunn

**OPPOSING ATTORNEY:** Celeste Koeleveld

[name of attorney, with firm, address, phone number and e-mail]

New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, N.Y. 10004
(212) 607-3300; cdunn@nyclu.org

New York City Law Department
100 Church Street
New York, N.Y. 10007
(212) 788-0500; ckoeleve@law.nyc.gov

**Court-Judge/Agency appealed from:** N/A

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[✓] Yes [ ] No [ ] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
/s/ Christopher Dunn   Date: 11/08/13   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED.**

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____   By: _____

Form T-1080 (rev. 7-12)