UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 13-3123-cv

Caption [use short title]

Motion for: adjournment of motion opp. due date

Set forth below precise, complete statement of relief sought:

Adjournment of 11/22/13 due date for opposition to motion to vacate liability and remedy rulings on basis of District Court Judge's alleged misconduct

Ligon et al.,
                    Plaintiffs-Appellees
     -v-
City of New York et al.
                    Defendants-Appellants

MOVING PARTY: Jaenean Ligon et al.                    OPPOSING PARTY: City of New York
☑ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

MOVING ATTORNEY: Christopher Dunn                    OPPOSING ATTORNEY: Celeste Koeleveld
[name of attorney, with firm, address, phone number and e-mail]
New York Civil Liberties Union Foundation            New York City Law Department
125 Broad Street, 19th Floor                          100 Chuch Street
New York, N.Y. 10004                                  New York, N.Y. 10007
(212) 607-3300; (212) 607-3329; cdunn@nyclu.org      (212) 788-0500; ckoeleve@law.nyc.gov

Court-Judge/Agency appealed from: S.D.N.Y. - Honorable Shira A. Scheindlin

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?   ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date: _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?              ☐ Yes  ☑ No
Has this relief been previously sought in this Court? ☑ Yes  ☐ No
Requested return date and explanation of emergency: Noon 11/21/13
Current schedule requires filing of major brief by 11/22/2013

Signature of Moving Attorney:
/s/ Christopher Dunn    Date: 11/20/13    Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

Form T-1080 (rev. 7-12)