# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand and thirteen.

Before:    José A. Cabranes,
            *Circuit Judge*.
_____

David Floyd, Lalit Clarkson, Deon Dennis, David Ourlicht, Individually and on behalf of all others similarly situated,

Plaintiffs - Appellees,

v.

City of New York,

Defendant - Appellant.
_____

Jaenean Ligon, *et al.*,

Plaintiffs-Appellees,

v.

City of New York, *et al.*,

Defendants-Appellants.
_____

**ORDER**

Docket Nos. 13-3088(L)
13-3461(con), 13-3524(con)

Docket Nos. 13-3123(L)
13-3442(con)

The Plaintiffs-Appellees have filed motions requesting an adjournment of the November 22, 2013 deadline to file oppositions to the City's motion to vacate the district court's liability and remedial rulings.

IT IS HEREBY ORDERED that the motions for an adjournment are granted to the following extent: Appellees' oppositions to the City's motion to vacate must be filed on or before Friday, December 20, 2013.

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court

